UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANIL KUMAR SUBRAMANYAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KLM ROYAL DUTCH AIRLINES,<br><br>Defendant. | Case No. 20-11296<br>Honorable Laurie J. Michelson |

# JUDGMENT

It is ORDERED and ADJUDGED that pursuant to this Court's opinion and order dated April 23, 2021, KLM Royal Dutch Airlines' motion to dismiss is GRANTED and Anil Kumar Subramanyam's complaint is DISMISSED WITH PREJUDICE.

Dated this 23rd day of April, 2021 in Detroit, Michigan.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Erica Karhoff
DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: April 23, 2021